**Order entered November 25, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01159-CR

### VINCENT OATMAN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 6
### Dallas County, Texas
### Trial Court Cause No. F13-54925-X

## ORDER

The Court **REINSTATES** the appeal.

On November 20, 2013, we ordered the trial court to make findings regarding why the clerk's and reporter's records have not been filed. On November 21, 2013, we received the clerk's records containing the documents showing that appellant pleaded guilty and was sentenced pursuant to an agreement, and that he waived his right to appeal. Therefore, we conclude additional findings are not required and we **VACATE** the November 20, 2013 order.

The Court will dispose of the appeal in due course.

/s/    LANA MYERS
        JUSTICE